# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>BRADLEY JOHN PELTZ,<br><br>                Defendant | Case No.: 3:23-mj-00192-KFR |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Katie Yarborough, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint against BRADLEY JOHN PELTZ for violating 18 U.S.C. § 2113(a) – Bank Robbery.

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, in conjunction with other federal, state, and local law enforcement officials, which has included exchanging information with law enforcement officers and others; reviewing video surveillance, reports, database records and other information acquired during this investigation; and reviewing evidence obtained therefrom; and interviewing witnesses.

3. Because I submit this affidavit for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or the government.

1


Mar 24, 2023

I have only included those facts necessary to establish probable cause to believe that PELTZ has committed a violation of Title 18 U.S.C. § 2113(a).

4. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since March 2019. I am currently assigned to the Violent Crime squad in the FBI Anchorage Field Office. During my time with the FBI, I have led and participated in investigations involving violent crimes, threats, robbery, fraud, and drugs. I have been assigned as one of the Bank Robbery Coordinators during my time with the Anchorage Field Office, and I have assisted with the investigation of numerous bank robberies.

## RELEVANT STATUTES AND REGULATIONS

5. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

    a. 18 U.S.C. § 2113(a), states: "Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association;"

    b. 18 U.S.C. § 2113(f), states: "As used in this section the term "bank" means any member bank of the Federal Reserve System, and any bank, banking association, trust company, savings bank, or other banking institution organized or operating under the laws of the United States,

2



including a branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), and any institution the deposits of which are insured by the Federal Deposit Insurance Corporation."

## PROBABLE CAUSE

6. Wells Fargo Bank, N.A. is an institution whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC), and which operate a number of branches in Anchorage, Alaska to provide financial services to its members.

7. On March 22, 2023, at approximately 1:45pm, an unidentified male subject robbed the Wells Fargo Bank located at 301 W Northern Lights Blvd, Anchorage, Alaska, using a demand note, and verbally threatened the use of violence. The male subject stole six $50 United States bills totaling $300.00 in cash from the bank. Anchorage Police Department Officers (APD) responded to the scene (APD case # 23-009361), but initial attempts to locate the subject were unsuccessful. The note stated, "give me your money, this is a robbery".

8. During the victim interview of the Wells Fargo teller, the teller said she read the note and looked back at the suspect. The suspect then made eye contact with her and motioned with his eyes by looking down at his hands which were in his front pocket of the sweater and then told her, "I am very serious." The teller stated she was scared and thought the suspect was armed with a weapon after he motioned with his eyes towards his hands in his front pocket of his sweater. The teller then pulled out about $300 from her cash register and gave it to the suspect.



The suspect then fled on foot through the Northern Lights entrance.

9. The maps below depict the location of the Wells Fargo Bank branch on W Northern Lights Blvd (marked in red) and the photograph depicts the entrance and exit point taken by the suspect:







10. During the witness interview of the security guard located in the lobby of the building for Wells Fargo, the security guard stated the suspect walked out the Northern Lights entrance/exit and turned east down Northern Lights Blvd. The security guard stated she had run out of the building to see where he went and lost sight of him by the Taco King sign on Northern Lights. The security guard did not see him enter a vehicle nor have anyone else waiting for him or join him as he fled on foot.

11. Wells Fargo Corporate Security Manager provided still photos taken from the security camera footage. The suspect was wearing gray sweatpants, a gray/blue Carhartt hoodie and black and white tennis shoes. He was approximately five foot, ten inches tall and approximately 200 lbs. based on


Mar 24, 2023

observations made by Wells Fargo employees. He was wearing a gray backpack bearing black stripes. These still photos are depicted below:











12. FBI Anchorage Field Office released a press release the following day, March 23, 2023, to the local news media asking the public for help with identifying the suspect shown in the photos provided by Wells Fargo.

13. That same day following the press release, APD received numerous calls positively identifying the suspect in the photos. One of those calls came in at approximately 7:06 p.m. from an individual who stated they just saw the male, who they recognized from the pictures on the news, walk into the Econo lobby approximately 15 minutes ago. The individual stated the male was wearing a gray hoodie and sweatpants and was located on the first floor in one of the rooms. Another one of the calls that came in was from someone stating the individual in the photos was BRADLEY PELTZ and that she was his mother. She stated PELTZ has schizophrenia and he just got a room at the Econo Inn in Anchorage. At approximately 8:00 p.m., APD contacted the Econo Inn who confirmed PELTZ was registered to room #206.

14. APD Officers went to room #206, where PELTZ was located and positively identified him wearing the same clothing as depicted in the Wells Fargo footage: the gray sweatpants; black and white tennis shoes; and having the gray/blue Carhartt hoodie and gray and black-striped backpack with him. Officers detained PELTZ and transported him to FBI Anchorage Field Office, where PELTZ was then met with by an FBI Agent and Task Force Officer. FBI identified themselves to PELTZ and started to read PELTZ his Miranda Rights; however, PELTZ interrupted and asked why he was brought in. FBI told PELTZ it was concerning



a bank robbery that happened the day before. PELTZ immediately stated, "You realize when people purposely leave a guy with zero choice, and they make it even worse, their futures aren't going to be too good. That's just the way it is. When a guy's left with no choice, he has to do what he has to do...."

15. FBI then continued reading PELTZ his Miranda Rights, to which he replied with refusing to discuss the incident with FBI. FBI then told PELTZ he was being arrested and subsequently transported PELTZ to Anchorage Correctional Complex at approximately 10:30 pm.

## CONCLUSION

Based upon the information above, your affiant submits that there is probable cause to believe that BRADLEY JOHN PELTZ took, by intimidation or force, money belonging to, or under the care, custody, and control of: Wells Fargo Bank located at 301 W Northern Lights Blvd, Anchorage, Alaska, in violation of 18 U.S.C. § 2113(a) - Bank Robbery. *See, e.g.*, *United States v. Selfa*, 918 F.2d 749, 751 (9th Cir. 1990) ("intimidation under section 2113(a) mean[s] willfully to take, or attempt to take, in such a way that would put an ordinary, reasonable person in fear of bodily harm") (cleaned up).

Respectfully submitted,

_Katie Yarborough_
Katie Yarborough
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me telephonically this _____ day of March 2023: March 24, 2023

_____
The Honorable Kyle F. Reardon
United States Magistrate Judge
District of Alaska
Anchorage, Alaska